nied. *Horace M. Gray* for petitioner. *Christopher E. Heckman* for respondent.

No. 99. McELROY *v.* PEGG ET AL. C. A. 10th Cir. Certiorari denied. *James W. Bounds* for petitioner. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States; and *Jeff Busby* for Pegg et al., respondents.

No. 100. PHILLIPS PETROLEUM Co. *v.* SHELL OIL Co., INC. C. A. 5th Cir. Certiorari denied. *Louis D. Fletcher, R. B. F. Hummer* and *T. B. Hudson* for petitioner. *Theodore S. Kenyon, Brady Cole* and *Arthur B. Bakalar* for respondent.

No. 101. FREEMAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Theodore E. Rein, Paul B. Cromelin* and *Francis C. Brooke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 105. NORDLING ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Carl E. Davidson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Harry Marselli* for respondent.

No. 106. HIGHTOWER ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Edward J. Bradley* for petitioners. *Solicitor General Perlman, Assistant Attorney General Quinn* and *Robert S. Erdahl* for the United States.

No. 108. GRAHAM FLYING SERVICE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari de-